## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**RICARDO SALAS-MELO**
    Plaintiff(s)

v.

**METRO SANTURCE, INC, et al.,**
    Defendant(s)

**Civil No. 16-2355 (ADC)**

### JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order on February 7, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE** without the imposition of costs, expenses or attorneys' fees

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 8th day of February, 2018.

                                        FRANCES RIOS DE MORAN
                                      Clerk of the Court

                                      By: S/Sarah V. Ramón
                                            Sarah V. Ramón, Deputy Clerk